AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KEITH RUSSELL JUDD,**

        Petitioner,

                                  **JUDGMENT IN A CIVIL CASE**

**v.**

**HARLEY G. LAPPIN, et al.,**          **CASE NO. C2-10-731**
                                         **JUDGE EDMUND A. SARGUS, JR.**
        **Respondents.**            **MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the OPINION AND ORDER filed September 7, 2010, JUDGMENT is hereby entered DISMISSING this action for lack of jurisdiction.**

Date: September 7, 2010                         JAMES BONINI, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk