IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEITH RUSSELL JUDD,

    Petitioner,

vs.                               Civil Action 2:10-CV-731
                                      Judge Sargus
HARLEY G. LAPPIN, *et al.*,     Magistrate Judge King

    Respondents.

### ORDER

    On September 7, 2010, this Court dismissed this action for lack of subject matter jurisdiction and declined to order the transfer of the action to a different district. *Opinion and Order*, Doc. No. 7. Final judgment was entered that same date. *Judgment*, Doc. No. 8. Petitioner has filed notices of appeal. *Notice of Appeal*, Doc. Nos. 9, 11. This matter is now before the Court on petitioner's *Motion for Reconsideration*. Doc. No. 10.

    Nothing stated in petitioner's motion persuades the Court that final judgment was entered in error. Petitioner's *Motion for Reconsideration*, Doc. No. 10, is therefore **DENIED**.

10-5-10
_____
Date

                                                    Edmund A. Sargus, Jr.
                                                    United States District Judge